# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

JC LONGORIA CASTRO

Case No. 5:21-cr-00009-LGW-BWC-5

## DEFENDANT JC LONGORIA CASTRO'S UNOPPOSED MOTION FOR MODIFICATION OF BOND CONDITIONS

COMES NOW Defendant J.C. Longoria Castro and hereby moves this Court to modify the conditions of his bond set on November 29, 2021 (Doc. 112), as follows:

1.

The bond conditions set by this Court include a requirement that Mr. Castro restrict his travel to the Southern District of Georgia and, for the purposes of meeting with his counsel, the District of South Carolina.

2.

Mr. Castro lives in Vidalia, Toombs County, Georgia. He desires to travel to Tampa, Florida, within the Middle District of Florida, for the purpose of examining and purchasing heavy equipment to be used in his business. Mr. Castro believes said trips, which may occur intermittently during the course of this case, each will require one or two days of travel.

3.

Mr. Castro asks this Court to permit his travel to the Middle District of Florida solely for these intermittent work-related purposes. Should this Court desire, any specific travel to that District could be made subject to notification and pre-approval of Mr. Castro's pre-trial services officer, at which time Mr. Castro could provide details regarding the location of such work, its expected duration, and any other information necessary to ensure compliance with this Court's conditions.

4.

Undersigned counsel has conferred with Tania Groover, counsel for the Government, regarding this request and is authorized to represent that the Government does not object to this Motion.

5.

A proposed Order is provided for the Court's consideration.

6.

For the foregoing reasons, Defendant J.C. Castro requests that his Motion be granted and his bond conditions be modified to permit him to travel intermittently to the Middle District of Florida for work-related purposes.

Respectfully submitted this 16th day of March, 2022.

GRIFFIN DURHAM TANNER & CLARKSON LLC

*/s/ R. Brian Tanner*
R. Brian Tanner
Georgia Bar No. 697615
btanner@griffindurham.com
7 East Congress Street, Suite 703
Savannah, GA 31401
Ph/Fax: 912-867-9140

*Attorney for Defendant JC Longoria Castro*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 16th day of March, 2022.

**GRIFFIN DURHAM TANNER & CLARKSON LLC**

*/s/ R. Brian Tanner*
R. Brian Tanner
Georgia Bar No. 697615
btanner@griffindurham.com