UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

JC LONGORIA CASTRO

Case No. 5:21-cr-00009-LGW-BWC-5

**ORDER**

This matter is before the Court on Defendant JC Longoria Castro's Motion for Modification of Bond Conditions, seeking permission to permit his travel to the Middle District of Florida solely for intermittent work-related purposes. After careful consideration and for good cause shown, Mr. Castro's Motion for Modification of Bond Conditions is **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant JC Longoria Castro is permitted to travel to the Middle District of Florida for intermittent work-related purposes. All other previous conditions of release are unaffected by this modification and are still in effect.

**SO ORDERED** this ____ day of March, 2022.

**BENJAMIN W. CHEESBRO**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**